U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA



MAY 13 2026

FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta Division

Richard Darnell Wheeler Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Terrence Miller, Nicholas Boyd, Danny J. Whitehead, Eugene Brantley, Richmond County, Georgia (c/o Richmond County Sheriff's Office)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:26-cv-00076
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Darnell Wheeler Jr. |
| Address | 1837 Fenwick Street |
| | Augusta (*City*) Ga (*State*) 30904 (*Zip Code*) |
| County | Richmond |
| Telephone Number | 706-526-0525 |
| E-Mail Address | richard.wheeler135@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Terrence Miller |
| Job or Title *(if known)* | Deputy (Officer) |
| Address | 400 Walton Way |
| | Augusta (*City*) GA (*State*) 30901 (*Zip Code*) |
| County | Richmond |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nicholas Boyd |
| Job or Title *(if known)* | Deputy (Officer) |
| Address | 400 Walton Way |
| | Augusta (*City*) GA (*State*) 30901 (*Zip Code*) |
| County | Richmond |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

# Attachment 1
# Additional Defendants

Defendant No. 5
**Name**: Richmond County, Georgia
**Job/Title:** Municipality (via Richmond County Sheriff's Office)
**Address:** 535 Telfair Street, Suite 3000, Augusta, GA 30901
**Capacity:** [X] Official Capacity

Defendant No. 3

| | |
|---|---|
| Name | Danny J. Whitehead |
| Job or Title *(if known)* | Captain (Internal Affairs) |
| Address | 400 Walton Way |
| | Augusta (City) GA (State) 30901 (Zip Code) |
| County | Richmond |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Eugene Brantley |
| Job or Title *(if known)* | Sheriff |
| Address | 400 Walton Way |
| | Augusta (City) GA (State) 30901 (Zip Code) |
| County | Richmond |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. First Amendment (right to record) Fourth Amendment: Violation of the right to be free from unreasonable seizures and the use of excessive and objectively unreasonable force. This includes the high-impact head strikes delivered by Defendants Miller and Boyd while I was unarmed and non-resisting. See Attachment 2 for detailed Constitutional Amendments."

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Defendants 1 and 2 (Individual Capacity): These Defendants were on duty as sworn deputies for the Richmond County Sheriff's Office. They utilized their government-issued uniforms, patrol vehicles, and state-sanctioned authority to initiate a seizure and arrest. See Attachment 2 BASIS FOR JURISDICTION.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Approximately 2:49 AM, I was walking near Broad Street and Sibley Street in Augusta, Georgia two blocks from my home. I was approached by Defendant Terrence Miller, who was on duty and acting under color of state law. Although I was unarmed and non-resisting, the Officer grabbed me from behind. Hindering my freedom of movement.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On February 22, 2022 02:49 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On February 22, 2022, I was lawfully present at Broad Street and Sibley Street in Augusta, Georgia. I was unarmed and compliant. Defendants Miller and Boyd initiated an encounter that they quickly escalated into an unlawful physical battery. During this seizure, I was subjected to excessive force, specifically high-impact take-down, and high-impact head/face strikes. During this, officers tossed my phone, destroying my evidence. Defendants Whitehead and Brantley were responsible for the training, discipline, and administrative oversight of the primary officers. Despite their duty to ensure constitutional compliance, they failed to administratively correct or discipline the officers for the violation of my rights. This failure to train and discipline created an environment where constitutional violations were permitted to occur, directly resulting in my permanent physical and psychological injuries. See Attachment 3

# ATTACHMENT 2
## Basis for Jurisdiction

1. **Fourteenth Amendment (Due Process):** Violation of the right to Due Process through the use of an "administrative leash." Specifically, the maintenance of criminal charges in an "Unknown" or "Pending" status for a ongoing **1,527 days** (from February 22, 2022, to present) without adjudication or a probable cause hearing.
2. **Fourteenth Amendment (Equal Protection/Liberty):** The unconstitutional administrative delay has resulted in a "Total Employment Handicap," depriving me of my liberty interest in pursuing my established profession as a Union HVAC Mechanical Technician.
3. **Second Amendment:** The Plaintiff was subjected to an **ongoing administrative leash for 1,527 days**, which concluded only upon the issuance of his permit on May 5, 2026. While the permit has been issued, the **economic and vocational damages resulting from this 1,527-day deprivation are ongoing** and permanent.

D. Defendants Acting Under Color of State and Local Law

Their use of "excessive force, high-impact take-down and high-impact head/face strikes" occurred while they were exercising the power of their office, which is a clear exercise of authority under color of state law.

**2. Defendants Danny Whitehead and Eugene Brantley (Official Capacity):** These Defendants acted under color of law through their administrative roles in training, supervision, and disciplinary oversight. Their failure to implement proper training regarding head/face strikes, high-impact take-downs, and their oversight of the officers involved are functions mandated by local ordinance and state regulations governing law enforcement standards.

**3. Richmond County / Richmond County Sheriff's Office (Local Government Entity):** This Defendant acted under color of law by establishing and maintaining the official policies, customs, and practices of the municipality. This includes the custom of the "administrative leash"—the maintenance of a pending obstruction charge for over **1,527 days** without adjudication. This delay is an exercise of government regulatory power that has deprived the Plaintiff of Due Process and Second Amendment rights.

# ATTACHMENT 3
## Supplemental Statement of Claim

Furthermore, the Richmond County Sheriff's Office maintained an extensive "administrative leash" in an "Unknown" charge status. While the marijuana charge was finally resolved after **798 days** (on April 29, 2024), the Obstruction of Law Enforcement charge remains pending over **1,527 days**—depriving me of Due Process and a timely adjudication of the facts.

- **Defendants Miller and Boyd:** Performed the physical battery and applied excessive force (head/face strikes) against an unarmed, non-resisting citizen, violating the Fourth Amendment.
- **Defendants Whitehead and Brantley:** Failed in their professional and legal obligations to properly train, supervise, and discipline the subordinate officers. Their failure to administratively correct known misconduct led to the deprivation of my Second, Fourth, and Fourteenth Amendment rights.
- **Defendant Richmond County/RCSO:** Maintained a policy or custom of inadequate training and discipline and utilized a 1,527 -day ongoing administrative delay (ongoing) that resulted in a total employment handicap and the destruction of my vocational earning capacity as a Union HVAC Mechanical Technician.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained permanent Retinal Nerve Fiber Layer (RNFL) damage and thinning in my left eye (blindness risk), resulting in a loss of depth perception and precision vision. I suffered service-connected severe aggravation of nerve damage to my right wrist, necessitating Carpal Tunnel Release Surgery in November 2023, which resulted in a permanent loss of grip strength and mechanical function. Furthermore, the incident caused a significant aggravation of my service-connected PTSD, which has been exacerbated for 1,527 days on an ongoing 'administrative leash.' These combined injuries have resulted in a vocational 'Employment Handicap' as determined by the VA, rendering me medically disqualified from my established trade as a Union HVAC Mechanical Technician.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting $6,000,000.00 in total damages, plus statutory and injunctive relief, as follows:
1. Compensatory Damages: Against Defendant Richmond County / Richmond County Sheriff's Office and all Defendants in their official capacities, in the amount of $6,000,000.00. This amount includes, but is not limited to:
Special Damages: $128,143.42 in documented lost wages to date.
Future Economic Loss: Compensation for the destruction of my lifetime future earning capacity as a Union HVAC Mechanical Technician (calculated at a base rate of $28.76/hr with 4.38% annual increases) and ongoing/future medical expenses for specialized eye (RNFL) and wrist care.
General Damages: Compensation for physical pain and suffering, permanent physical impairment, profound emotional distress, and loss of enjoyment of life resulting from a 1,527-day on-going "administrative leash" and deprivation of liberty. See Attachment 4

# Attachment 4
# Injuries and Relief

- **Punitive Damages:** Against **Defendants Miller and Boyd** in their individual capacities for the willful, malicious, and objectively unreasonable use of excessive force; and against **Defendants Whitehead and Brantley** in their individual capacities for gross negligence and deliberate indifference in failing to train, supervise, and administratively correct known misconduct.
- **Injunctive Relief:** A permanent injunction ordering **Defendant Eugene Brantley, in his Official Capacity as Sheriff**, to immediately and permanently correct all administrative records and databases regarding the ongoing 1,527 -day "Unknown" charge status to reflect an accurate and timely adjudication.
- **Statutory Relief:** An award of all costs of litigation and, if applicable, reasonable attorney's fees pursuant to **42 U.S.C. § 1988.**

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/13/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Richard Darnell Wheeler Jr.

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

City ______________ State ______________ Zip Code ______________

Telephone Number ______________

E-mail Address ______________

AMENDED

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Richard Darnell Wheeler Jr.

**(b)** County of Residence of First Listed Plaintiff: Richmond
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Richard Darnell Wheeler Jr. (Pro Se), 1837 Fenwick Street, Augusta, GA 30904 (706) 526-0525

## DEFENDANTS

Terrence Miller, Nicholas Boyd, Danny J. Whitehead, Eugene Brantley, Richmond County, Georgia (c/o Richmond County Sheriff's Office)

County of Residence of First Listed Defendant: Richmond
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(*Do not cite jurisdictional statutes unless diversity*)**:
U.S. Civil Statute: 42 U.S.C. § 1983

Brief description of cause:
4th Amend. Excessive Force; 14th Amend. Due Process; and 2nd Amend. Deprivation of Rights stemming from a 1,533-day administrative leash (re

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 6,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE Chief Judge R. Stan Baker / Magistrate Judge Bri DOCKET NUMBER 1:26-cv-00076

DATE 5/13/2026

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.