**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

RICHARD DARNELL WHEELER, JR.,

Plaintiff,

v.

RICHMOND COUNTY, GEORGIA, et al.,

Defendants.

CIVIL ACTION NO.: 1:26-cv-76

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 12, 2026, Report and Recommendation, (doc. 20), to which Plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 20.) Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED, in part, and DENIED, in part**. (Doc. 18.) As such, Plaintiff is **DIRECTED** to remit the $405 filing fee in four monthly installments, three $100 payments and a final $105 payment. Plaintiff is **DIRECTED** to remit the first $100 installment within 30 days of this Order, and to remit the full $405 fee within 120 days of this Order. The Clerk is **DIRECTED** to record Plaintiff's payments on the docket. Failure to remit the full fee within the period provided will result in a recommendation of dismissal.

**SO ORDERED**, this 10th day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA